DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WILLIAM ROUTENBERG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-672

————————————————

September 8, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.